**STATE of Missouri, Respondent,**

v.

**Rodney S. GARNETT, Appellant.**

**No. WD 75330.**

Missouri Court of Appeals, Western District.

Aug. 6, 2013.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Alexa I. Pearson and Samuel E. Buffaloe, Assistant Public Defenders, Columbia, MO, for Appellant.

Before Special Division: ZEL M. FISCHER, Special Judge, Presiding, and VICTOR C. HOWARD and MARK D. PFEIFFER, Judges.

#### Order

PER CURIAM:

Rodney S. Garnett appeals from a judgment entered upon a jury verdict in the

Circuit Court of Cole County, Missouri, finding him guilty of driving while intoxicated. On appeal, Mr. Garnett challenges the sufficiency of the evidence to support his conviction. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 30.25(b).